# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5418**                                    **September Term, 2025**

**1:25-cv-03005-JMC**

**Filed On:** November 27, 2025

District of Columbia,

       Appellee

    v.

Donald J. Trump, in his official capacity as
President of the United States, et al.,

       Appellants

**BEFORE:**    Millett, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for administrative stay and for stay pending appeal, it is

**ORDERED** that appellee respond to the motion by 5:00 p.m. on December 2, 2025.  Any reply is due by 5:00 p.m. on December 3, 2025.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Emily Campbell
       Deputy Clerk